## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:21CR6 |
| vs. | ) | |
| | ) | |
| ELYCIA WASHINGTON, and | ) | |
| BRANDY WILLIAMSON, | ) | ORDER |
| | ) | |
| Defendants. | ) | |

This matter is before the court on defendant, Brandy Williamson's unopposed Motion to Continue Trial [127].   Counsel needs additional time to conduct plea negotiations.   For good cause shown,

**IT IS ORDERED** that the Motions to Continue Trial [127] is granted, as follows:

1.     The jury trial, **for both defendants**, now set for January 3, 2022, is continued to **March 7, 2022.**

2.     In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial.  Any additional time arising as a result of the granting of this motion, that is, the time between **today's date** and **March 7, 2022**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  Failure to grant a continuance would deny continuity of counsel and counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

3.     A party may object to this order by filing an "Objection to Magistrate Judge's Order" no later than **December 14, 2021.**  The objecting party must comply with all requirements of NECrimR 59.2.

**DATED:  December 7, 2021.**

BY THE COURT:

s/ Michael D. Nelson
**United States Magistrate Judge**