**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:21CR6 |
| vs. | ) | |
| | ) | |
| ELYCIA WASHINGTON, and | ) | |
| BRANDY WILLIAMSON, | ) | ORDER |
| | ) | |
| Defendants. | ) | |

This matter is before the court on defendant, Elycia Washington's unopposed Motion to Continue Trial [134]. Counsel needs additional time to resolve the matter short of trial. For good cause shown,

**IT IS ORDERED** that the Motion to Continue Trial [134] is granted, as follows:

1.    The jury trial, **for both defendants**, now set for March 7, 2022, is continued to **May 16, 2022.**

2.    In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date** and **May 16, 2022**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny continuity of counsel and counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

3.    A party may object to this order by filing an "Objection to Magistrate Judge's Order" no later than **February 23, 2022.** The objecting party must comply with all requirements of NECrimR 59.2.

**DATED:  February 16, 2022.**

BY THE COURT:


s/ Michael D. Nelson
**United States Magistrate Judge**