IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>ELYCIA WASHINGTON,<br><br>                Defendant. | 8:21CR6<br><br>ORDER |

       This matter is before the Court on defendant Elycia Washington's unopposed Motion to Extend Self-Surrender Date (Filing No. 200).

       IT IS ORDERED:

1. Defendant Elycia Washington's Motion to Extend Self-Surrender Date (Filing No. 200) is granted;

2. Defendant shall report no earlier than 2:00 p.m. on Thursday, October 27, 2022, to the institution designated by the U.S. Bureau of Prisons; and

3. The Clerk shall deliver a certified copy of this Order to the U.S. Marshal for this district.

Dated this 7th day of October 2022.

                                                    BY THE COURT:

                                                    Robert F. Rossiter, Jr.
                                                    Chief United States District Judge