IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | |
| Plaintiff, | | **8:21CR6** |
| v. | | |
| ELYCIA WASHINGTON, | | **AMENDED ORDER** |
| Defendant. | | |

This matter is before the Court on defendant Elycia Washington's unopposed Motion to Extend Self-Surrender Date (Filing No. 200).

IT IS ORDERED:

1.    Defendant Elycia Washington's Motion to Extend Self-Surrender Date (Filing No. 200) is granted;

2.    Defendant shall report no earlier than 2:00 p.m. on Monday, November 28, 2022, to the institution designated by the U.S. Bureau of Prisons; and

3.    The Clerk shall deliver a certified copy of this Order to the U.S. Marshal for this district.

Dated this 7th day of October 2022.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge